UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christian Lavar Burton**     Docket No. 2:18-CR-4-1BO

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, Senior United States Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christian Lavar Burton, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With the Intent to Distribute a Quantity of Cocaine and Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 7, 2018, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Christian Lavar Burton was released from custody on August 9, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted in the Presentence Report, the defendant has a history of abusing alcohol. Although Burton participated in substance abuse treatment during his term of incarceration in the Bureau of Prisons and has tested negative for illegal substances since the commencement of his supervision, it is respectfully recommended the defendant's term of supervised release be amended to include substance abuse treatment for the purpose of determining if additional substance abuse treatment is needed at this time and to address any potential substance abuse issues should any arise in the future. Burton signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior United States Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: August 27, 2024

Christian Lavar Burton
Docket No. 2:18-CR-4-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 28 day of August, 2024, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge